**DISMISS and Opinion Filed June 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00183-CV**
_____

**KENNETH GORDON AND HARDCORE TRUCKING SOLUTIONS LLC,**
**Appellants**
**V.**
**TRUCKING RESOURCES INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02385-2019**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated March 8, 2022, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated March 8, 2022, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. On June 9, 2022 we sent a second notice regarding the filing

fee, as well as a letter informing appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220183F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KENNETH GORDON AND
HARDCORE TRUCKING
SOLUTIONS LLC, Appellants

No. 05-22-00183-CV        V.

TRUCKING RESOURCES INC.,
Appellee

On Appeal from the 366th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 366-02385-
2019.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee TRUCKING RESOURCES INC. recover its
costs of this appeal from appellants KENNETH GORDON AND HARDCORE
TRUCKING SOLUTIONS LLC.

Judgment entered June 29, 2022